# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUIR R. RANDALL,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **VS.** | : **Civil Action No.**  3:20-cv-119 |
| | : |
| **JOHN WETZEL, ERIC TICE, CAPTAIN** | : |
| **FURMAN, LT. TURNER, CO SALYERS, CO** | : |
| **HOFFMAN and JAMES BARNACLE,** | : |
| | : |
| **Defendants.** | : |
| | : |

## NOTICE OF REMOVAL

AND NOW comes defendants, Wetzel, Tice, Furman, Turner, Saylers, Hoffman and

Barnacle by their attorney, Scott A. Bradley, Sr. Deputy Attorney General, and  pursuant to 28

U.S.C. §§ 1441 and 1446, hereby removes the above-captioned action from the Court of

Common Pleas of Somerset County to the United States District Court for the Western District

of Pennsylvania.  Grounds in support of removal are as follows:

1.      Plaintiff commenced this civil action by Complaint on or about April 13, 2020 in

the Court of Common Pleas of Somerset County at Docket No. 231 Civil 2020.  A copy of the

Complaint is attached as Exhibit "A".

2.      Defendant received a copy of the Complaint on May 28, 2020 via Sheriff.

3.      The Complaint makes allegations including violation of Plaintiffs' First and

Eighth Amendment Rights, as well as state law claims of medical malpractice.  (Exh A-

Complaint).

4.      This Court has original jurisdiction over plaintiff's federal action pursuant to 42 U.S.C. §1983.  Accordingly, defendant is entitled to remove the action to this Court pursuant to 28 U.S.C. § 1441.

5.      This Notice of Removal is being filed within 30 days after receipt of plaintiff's state court complaint by defendant, as required by 28 U.S.C. § 1446(b).

6.      Copies of this Notice of Removal will be duly filed with the Prothonotary of the Court of Common Pleas of Somerset County and served upon plaintiff.

7.      In removing this action, defendant does not waive his objections to defects in service or improper service, or any defenses, including without limitation, defenses available by virtue of the Eleventh Amendment to the United States Constitution or under the Pennsylvania Sovereign Immunity Act.

Respectfully Submitted,

**JOSH SHAPIRO**
Attorney General

By:  **/s/  SCOTT A. BRADLEY**
Scott A. Bradley
Sr. Deputy Attorney General
Pa. I.D. # 44627

Date: June 16, 2020

## CERTIFICATE OF SERVICE

I, Scott A. Bradley, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on June 16, 2020, I caused to be served a true and correct copy of the foregoing document titled *Notice of Removal* to the Plaintiff via hand delivery through the Department of Corrections. This alternative method of service is being used due to the COVID-19 emergency.

Quir R. Randall
LS-5419
SCI SOMERSET

/s/ SCOTT A. BRADLEY
Scott A. Bradley
Sr. Deputy Attorney General
PA ID # 44627

Dated:   June 16, 2020